UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| *In re*: Hampton M. Young<br>Attorney at Law, Bar No. 11 | Case No. 2:22-ms-00035<br><br>ORDER OF SUSPENSION |

On June 27, 2022, this Court entered an Order to Show Cause ("OSC"), mailed via certified mail with a Certified Mail Return Receipt date of delivery of July 11, 2022. The OSC provided Mr. Young with 30 days to respond with reasons why he should not be suspended from the practice of law in this Court. No response has been received from Hampton M. Young. Failure to respond within thirty 30 days warrants an Order of Suspension. *See* LR IA 11-7.

It is therefore ordered that Hampton M. Young, Bar No. 11, is hereby suspended from practice in United States District Court for the District of Nevada.

DATED THIS 16th Day of August 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 16th day of August 2022, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following address:

>Hampton M. Young, Esq.
>123 West 1st St., Ste. 701
>P.O. Box 2138
>Casper, WY 82602

Certified Mail No.: 7020 3160 0000 7420 0103

>/s/ Sharon H.
>Deputy Clerk
>United States District Court
>District of Nevada